# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE ANN JOHNSON,<br>　　　　　Plaintiff<br><br>　v.<br><br>NANCY A. BERRYHILL,<br>　　　　　Defendant | CIVIL ACTION NO. 1:18-CV-210<br><br>(JONES, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

This case has been assigned to the undersigned for preparation of a report and recommendation or, upon consent of the parties, for resolution of the appeal. A telephonic case management conference will be conducted by the court on **Monday, September 17, 2018 at 10:30 AM**. <u>It is the responsibility of counsel for Plaintiff to place the call</u>. All parties should be on the telephone prior to contacting Judge Mehalchick's Chambers at (570) 207-5740. If counsel of record is unable to participate in the conference, the Court shall be notified of the name of the substitute counsel two (2) business days in advance of the date of the conference by contacting the Court at (570) 207-5740.

The purpose of the case management conference is to review the current status of the appeal, discuss any outstanding legal issues in this matter, allow the Court and the parties to determine if any further briefing or argument is necessary or advisable, and allow the Court and counsel to address any administrative matters which may enable the parties to expedite a prompt and fair resolution of this matter.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Date:  August 29, 2018　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　Karoline Mehalchick
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge