IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE ANN JOHNSON, | : | 1:18-cv-210 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Karoline Mehalchick |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social | : | |
| Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### February 7, 2019

**AND NOW**, upon consideration of the Report and Recommendation of United States Magistrate Judge Karoline Mehalchick (Doc. 17), recommending that the decision of the Commissioner of Social Security be vacated and the case be remanded to the Commissioner of Social Security to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g), and noting that the Commissioner has filed a letter indicating that she does not object to the Magistrate Judge's recommendation (Doc. 18), and after an independent review of the record and the Court finding Judge Mehalchick's analysis to be thorough, well-reasoned, and fully supported by the record, **IT IS HEREBY ORDERED** that the Report and Recommendation of Judge Mehalchick (Doc. 17) is **ADOPTED** in its entirety and a separate Judgment Order shall issue.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge